IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JACQUELINE THORN; WILLIAM
HARVEY; and CORLISS WILLIAMS                         PLAINTIFFS

v.                    No. 4:25-cv-221-DPM

PAMELA SCIORILLI; DIALYSIS
CLINIC, INC., d/b/a DCI; LITTLE ROCK
RENAL SERVICES, LLC; and NITHIN
KARAKALLA, MD, individually                          DEFENDANTS

## ORDER

Amended complaint, *Doc. 11*, noted. Fed. R. Civ. P. 15(a)(1)(B). Sciorilli's and DCI's motion to dismiss, *Doc. 6*, is denied without prejudice as moot. *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 April 2025